AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Benavides, Fortunato P. | 2. Court or Organization<br><br>5th Circuit Court of Appeals | 3. Date of Report<br><br>05/06/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge; Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>903 San Jacinto Blvd., Rm. 450<br>Austin, TX 78701 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

—

| Name of Person Reporting | Date of Report |
|---|---|
| Benavides, Fortunato P. | 05/06/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | State of Texas Judicial Retirement System monthly benefits for year | $67,200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Southwest Airlines (flight attendant) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benavides, Fortunato P. | 05/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benavides, Fortunato P. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank of TX, Austin TX, Related Ckg & Sav. Acct. | A | Interest | M | T | | | | | |
| 2. Principle Financial Group, Common Stock | A | Dividend | J | T | | | | | |
| 3. Invesco American Franchise Fund (VAFAX). | A | Dividend | K | T | | | | | |
| 4. Invesco Global Core Equity Fund (AWSAX). | A | Dividend | K | T | | | | | |
| 5. 401K-Vanguard Institutional Index Fund | B | Dividend | N | T | Buy (add'l) | 03/11/15 | K | | |
| 6. 401K-Harbor Capital Appreciation Fund | D | Dividend | M | T | Buy (add'l) | 03/11/15 | K | | |
| 7. 401K-EuroPac Growth Fund-R5 (RERFX) | A | Dividend | J | T | Sold (part) | 03/11/15 | L | | |
| 8. 401K-Dodge&Cox Stock Fund | D | Dividend | M | T | Buy (add'l) | 03/11/15 | J | | |
| 9. SW Airlines Profit Sharing Plan-Harbor Capital Appreciation | D | Dividend | M | T | Buy (add'l) | 03/11/15 | J | | |
| 10. SW Airlines Profit Sharing Plan-EuroPac Gr. Fund-R5(RERFX) | A | Dividend | J | T | Sold (part) | 03/11/15 | L | | |
| 11. SWAirlines Profit Sharing-Dodge&Cox Stock Fund | D | Dividend | M | T | Buy (add'l) | 03/11/15 | J | | |
| 12. SWAirlines Profit Sharing-Vanguard Inst. Index Fund | B | Dividend | M | T | Buy (add'l) | 03/11/15 | K | | |
| 13. Royalty Interest, Starr County, TX | A | Royalty | J | W | | | | | |
| 14. Univ. Fed. Credit Union, Austin, TX (money mrkt.acct) | A | Interest | M | T | | | | | |
| 15. Robert Brooks Fed. Credit Union, Austin, TX, Related checking & sav. | A | Interest | L | T | | | | | |
| 16. Robert Brooks Fed. Credit Union, Austin, TX (CDs) | B | Interest | M | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benavides, Fortunato P. | 05/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Items 5, 6, 7, and 8 on this year's report were all subject to a reorganization of my wife's 401K plan that occurred on March 11, 2015. On that date substantially all of my wife's holdings in her 401K plan in EuroPac Growth Fund-R5 (RERFX) "Item 7" were exchanged for additional shares in asset securities named in Items 5, 6, and 8. The exchanges made in this reorganization did not result in any gain or loss. Equal value of the additional shares acquired was received for the shares of RERFX exchanged. The exchanges are shown as "buy (add'l)" on Items 5, 6, and 8, and a "sold (part)" in Item 7.

Items 9, 10, 11 and 12 on this year's report were all subject to a reorganization of my wife's profit sharing plan that occurred on March 11, 1015. On that date substantially all of my wife's holdings in her profit sharing plan in EuroPac Gr. Fund-R5 (RERFX) "Item 10" were exchanged for additional shares in asset securites named in Items 9, 11, and 12. The exchanges made in this reorganization did not result in in any gain or loss. Equal value of the additional shares acquired was received for the shares of RERFX exchanged. The exchanges are shown as "buy (add'l)" on Items 9, 11, and 12, and a "sold (part)" in Item 10.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Fortunato P. Benavides**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544